UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                 :
ALTAUNE BROWN,                                                    :
                                                                 :          25-CV-09589 (JAV)
                                    Plaintiff,                    :
                                                                 :          ORDER
        -v-                                                       :
                                                                 :
MAYIMBE GROCERY CORP., et al.,                                   :
                                                                 :
                                    Defendants.                  :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        On **November 21, 2025**, Defendants were served with a Summons in a Civil Action and

Complaint, and proof of service was filed with the Court.  *See* ECF Nos. 5, 6.  To date,

Defendants have failed to appear in this action.  No later than **February 12, 2026**, Plaintiff shall

submit a letter addressing whether Plaintiff has had any contact with Defendants or if they have

any other reason to believe that Defendants have actual notice of this lawsuit.

        Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on

Defendants **within two business days from the date of this Order** and shall file proof of such

service **within three business days of the date of this Order**.

        SO ORDERED.

Dated:  February 5, 2026
        New York, New York          _____
                                         JEANNETTE A. VARGAS
                                         United States District Judge