UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTAUNE BROWN,

Plaintiff,

-v-

MAYIMBE GROCERY CORP., et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 9589 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Honorable Jeannette A. Vargas' referral to the undersigned for reports and recommendations on dispositive motions (see Dkt. No. 33), it is hereby ORDERED that:

1. Plaintiff has submitted a motion for default judgment, along with a supporting attorney declaration and exhibits (Dkt. Nos. 29–30 (the "Damages Submission")).

2. Pursuant to Local Civil Rule 6.1(b) and Federal Rule of Civil Procedure 6(d), the deadline for Defendants Mayimbe Grocery Corp. and 200 Stanton LLC ("Defendants") to respond to the Damages Submission was October 26, 2026. See Fed. R. Civ. P. 6(d); Local Civ. Rule 6.1(b). (See Dkt. No. 31). To date, Defendants have not responded to the Damages Submission.

3. As a one-time courtesy, the Court sua sponte EXTENDS Defendants' deadline to submit their response to Plaintiff's Damages Submission to **November 13, 2026**. IF THE DEFENDANTS (1) FAIL TO RESPOND TO

PLAINTIFF'S DAMAGES SUBMISSION, OR (2) FAIL TO CONTACT MY CHAMBERS BY **NOVEMBER 13, 2026,** AND REQUEST AN IN-COURT HEARING, I INTEND TO ISSUE A REPORT AND RECOMMENDATION CONCERNING DAMAGES BASED ON PLAINTIFF'S WRITTEN SUBMISSIONS ALONE WITHOUT AN IN-COURT HEARING. See Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp., 109 F.3d 105, 111 (2d Cir. 1997) ("'[I]t [is] not necessary for the District Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in a default judgment.'" (quoting Fustok v. ContiCommodity Servs. Inc., 873 F.2d 38, 40 (2d Cir. 1989)).

Plaintiff is directed to serve this Order on Defendants and file proof of service on the docket by no later than **October 30, 2026.**

Dated: New York, New York
October 27, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**